| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Marcos Y. Kleinerman, Ph.D.<br>215 Sunset Avenue<br>Amherst MA 01002<br>Attorney For: PLAINTIFF | 413 549-7124<br>Reference Number:<br>67764 | |

United States District Court, District of Massachusetts
Western Division/Springfield, Massachusetts

| Plaintiff/Petitioner: | Marcos Y. Kleinerman, Pro Se |
|---|---|
| Defendant/Respondent: | Michael M. Salour |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>05-30016-K PN |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons & Complaint

3a. Party Served : Michael M. Salour

3b. Person Served : Kristen Obell. Title: Authorized to Accept
    Description :

4. Address : 2330 Faraday Avenue
   Carlsbad, CA 92008

5b. By substituted Service on 3/11/2005 at 01:55pm I left the documents listed in item 2
    with or in the presence of: Kristen Obell   Title: Authorized to Accept

   (1) (business) a person at least 18yrs of age apparently in charge at the office
       or usual place of business of the person served. I informed him or her of
       the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt
       personal service

7. Person Serving (name, address, and telephone No.):

   **Central Attorney Service, Inc.**
   1241 State Street
   San Diego, CA 92101
   (619)233-3344  Fax (619)233-3350

   Fee for service: $  $93.50
   Goodwin,           Don
   Registered California Process Server
   (1) Registration No.: 1082
   (2) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/16/2005

(Signature)

Judicial Council form POS-010                **Proof of Service**                Code Civil Procedure 417.1)(f)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Marcos Y. Kleinerman, Ph.D. | | | 413 549-7124 | |
| 215 Sunset Avenue | | | | |
| Amherst | MA | 01002 | Reference Number: | |
| Attorney For: PLAINTIFF | | | 67764 | |

United States District Court, District of Massachusetts
Western Division/Springfield, Massachusetts

Plaintiff/Petitioner:    Marcos Y. Kleinerman, Pro Se
Defendant/Respondent:    Michael M. Salour

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: 05-30016-K PN |
|---|---|---|---|---|

Summons & Complaint

I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the above entitled action. I received the above described process on 3/9/2005 and after due diligent effort I have been unable to effect personal service on the within named:

Person Served   : Michael M. Salour

Address       : 2330 Faraday Avenue
                Carlsbad, CA 92008.

Date       Time:   Comments:
--------------------  ---------

3/9/2005    3:29pm   Subject wasn't in the office.
3/10/2005   01:00pm  Subject wasn't in the office.
3/10/2005   9:15am   Subject wasn't in the office.
3/11/2005   01:55pm  Subject wasn't in the office, therefore, left the Summons and
                     Complaint with Authorized person, Kristen Obell.

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344 Fax (619)233-3350

Fee for service: $  $93.50
Goodwin,           Don
Registered California Process Server
(1) Registration No.: 1082
(2) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  3/16/2005

(Signature)

Judicial Council form POS-010                **Proof of Service**                Code Civil Procedure 417.10( )

| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Marcos Y. Kleinerman, Ph.D.<br>215 Sunset Avenue<br>Amherst            MA        01002 | 413 549-7124 | |
| Attorney For: PLAINTIFF | Reference Number:<br>67764 | |

United States District Court, District of Massachusetts
Western Division/Springfield, Massachusetts

Plaintiff/Petitioner: Marcos Y. Kleinerman, Pro Se
Defendant/Respondent: Michael M. Salour

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 05-30016-K PN |

I am a citizen of the United States, employed in the County of San Diego, State of California.

I am over the age of eighteen years and not a party to the above entitled action. My business address is: 1241 State Street, San Diego, CA 92101. My business phone number is: (619)233-3344.

On 3/11/2005, after substituted service under section 415.20(a) or 415.20(b) of the Civil Code of Procedure was made, I served the documents described on proof of service to the
defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon prepaid for FIRST CLASS MAIL in the United States Mail to:

   Michael M. Salour
Address:  2330 Faraday Avenue
     Carlsbad, CA 92008

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344  Fax (619)233-3350

Fee for service: $  $93.50
Goodwin,              Don
Registered California Process Server
(1) Registration No.: 1082
(2) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/16/2005

(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10( )

STATE OF CALIFORNIA

County of _San Diego_

On _3-17-05_ before me _Renee Geidner_ personally appeared _Donnie Goodwin_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by this/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Renee Geidner_   (Seal)
Notary Public in and for said County and State

UD01 (Rev. 4/94)

RENEE GEIDNER
COMM. #1535493
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
DECEMBER 17, 2008