| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Marcos Y. Kleinerman, Ph.D.<br>215 Sunset Avenue<br>Amherst  MA  01002<br>Attorney For: PLAINTIFF | | | 413 549-7124<br><br>Reference Number:<br>67768 | |

United States District Court, District of Massachusetts
Western Division/Springfield, Massachusetts

| Plaintiff/Petitioner: | Marcos Y. Kleinerman, Pro Se |
|---|---|
| Defendant/Respondent: | James H. Bechtel |

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 05-30016-K PN |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons & Complaint

3a. Party Served   : James H. Bechtel

3b. Person Served  : James H. Bechtel, Title:
    Description    :

4. Address         : 5957 Landau Court
                     Carlsbad, CA 92008

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 3/14/2005 at 2:45pm.

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344  Fax (619)233-3350

Fee for service: $  $247.50
Quinones,          Andrea
Registered California Process Server
(1) Registration No.: 1132
(2) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/16/2005

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417 10(f)

STATE OF CALIFORNIA

County of San Diego

On 3-17-05 before me Renee Geidner personally appeared Andrea Quinones

personally known to me ~~(or proved to me on the basis of satisfactory evidence)~~ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by this/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____   (Seal)
Notary Public in and for said County and State

UD01 (Rev. 4/94)



RENEE GEIDNER
COMM. #1535493
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
DECEMBER 17, 2006