| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Marcos Y. Kleinerman, Ph.D.<br>215 Sunset Avenue<br>Amherst    MA    01002 | 413 549-7124<br>Reference Number:<br>67767 | |
| Attorney For: PLAINTIFF | | |

United States District Court, District of Massachusetts
Western Division/Springfield, Massachusetts

| Plaintiff/Petitioner: | Marcos Y. Kleinerman, Pro Se |
|---|---|
| Defendant/Respondent: | IPITEK aka IPICOM, Inc. |

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 05-30016-K PN |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons & Complaint

3a. Party Served    : IPITEK aka IPICOM, Inc.

3b. Person Served  : Kristen Obell, Title: Authorized to Accept
   Description    :

4. Address       : 2330 Faraday Avenue
   Carlsbad, CA 92008

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 3/9/2005 at 3:20pm.

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344  Fax (619)233-3350

Fee for service: $ $83.50
Goodwin,        Don
Registered California Process Server
(1) Registration No.: 1082
(2) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/16/2005

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)

STATE OF CALIFORNIA

County of San Diego

On 3·17·05 before me Renee Geidner personally appeared Donnie Goodwin

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Renee Geidner      (Seal)
Notary Public in and for said County and State

UD01 (Rev. 4/94)



RENEE GEIDNER
COMM. #1535493
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
DECEMBER 17, 2008