UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARCOS Y. KLEINERMAN,           )
            Plaintiff     )
                           )
    v.                          )    Civil Action No.  05-30016-MAP
                           )
                           )
MICHAEL M. SALOUR, JAMES H.     )
BECHTEL, and IPICOM, INC. (d/b/a)
IPITEK),                        )
            Defendants    )

SCHEDULING ORDER
May 18, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Motions to amend the pleadings shall be filed by June 10, 2005.

2. The parties shall complete their automatic disclosures by June 30, 2005, which disclosures shall also include:

    (a) disclosures concerning Plaintiff's licensing of the claims asserted and receipts related thereto; and

    (b) Defendants' sales of all optical thermometers using luminescent probes.

3. The parties shall inform the court in writing by August 1, 2005, whether or not they have settled the case.

4. All written discovery shall be served by September 30, 2005.

5. Non-expert depositions shall be completed by February 3, 2006.

6. The parties shall appear for a case management conference on February 7, 2006, at 10:00 a.m. in Courtroom Three.

7. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 3, 2006.

8. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 31, 2006.

9. All expert depositions shall be completed by April 28, 2006.

IT IS SO ORDERED.

DATED: May 18, 2005

 /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
U.S. Magistrate Judge