UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

---------------------------------- x

MARCOS Y. KLEINERMAN, :

    Plaintiff, : **Civ. Action No. 05-30016-KPN**

    - against - :

MICHAEL M. SALOUR, JAMES H. BECHTEL, :
and IPICOM, INC. (d/b/a/ IPITEK)
    :
    Defendant. :

    :

---------------------------------- x

## DEFENDANTS' OPPOSITION TO KLEINERMAN'S MOTION FOR RECONSIDERATION OF DENIAL OF MOTION TO COMPEL

Defendants oppose Plaintiff Kleinerman's Motion For Reconsideration of Denial of Motion to Compel, as Kleinerman's motion papers contain nothing that was not previously before the Court or which could have been placed there by Kleinerman. As further grounds for denial of reconsideration, Defendants request the Court to consider Defendants' Opposition to Plaintiff Kleinerman's Motion For Reconsideration of Order to Execute Defendants' Proposed Protective Order, filed simultaneously herewith.

Dated: August 15, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - hand on _____.

MICHAEL M. SALOUR, JAMES H. BECHTEL, AND IPICOM, INC.
By Their Attorneys,

_____
James A. G. Hamilton (BBO # 218760)
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4000

MemOppReconsProtO-6509-401