# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS Y. KLEINERMAN, | ) |
| *Plaintiff* | ) |
| V. | ) Case No:  3:05-CV-30016-MAP |
| MICHAEL M. SALOUR, ET AL., | ) |
| *Defendant* | ) |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by pro se plaintiff and counsel for the defendant's on 9/22/05 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED September 22, 2005

                                                **SARAH A. THORNTON**
                                                CLERK

                                                BY: /s/ *Maurice G. Lindsay*
                                                 Maurice G. Lindsay
                                                 Deputy Clerk