UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS Y. KLEINERMAN,                          :

    Plaintiff,                                :    Civ. Action No. 05-30016-KPN

    - against -                              :

MICHAEL M. SALOUR, JAMES H. BECHTEL,            :
    and IPICOM, INC. (d/b/a/ IPITEK)

    Defendant.                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) all parties stipulate to the dismissal of this action with prejudice, without costs, and waiving all rights of appeal.

Dated: September 1, 2005

| | |
|---|---|
| MARCOS Y. KLEINERMAN<br>Pro se,<br><br>_____<br>Marcos Y. Kleinerman<br>215 Sunset Ave.<br>Amherst, MA 01002<br>(413) 549-7124 | MICHAEL M. SALOUR, JAMES H.<br>BECHTEL, AND IPICOM, INC.<br><br>_____<br>James A. G. Hamilton (BBO # 218760)<br>PERKINS, SMITH & COHEN, LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 854-4000 |

6509-401-StipDsms